E-FILED; Charles Circuit Court
Docket: 1/30/2025 3:17 PM; Submission: 1/30/2025 3:17 PM
Envelope: 19767285

**IN THE CIRCUIT COURT OF MARYLAND FOR CHARLES COUNTY**

| | |
|---|---|
| **ANTONIO GONZALEZ**<br>6026 Red Wolf Place<br>Waldorf, MD 20603<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SEYEFE SINE**<br>2001 Columbia Pike Apt 708<br>Arlington, VA 22204<br><br>**and**<br><br>**LYFT, INC.**<br>2300 Harrison Street<br>San Francisco, CA 94110<br><br>**SERVE:**<br>**CT Corporation System**<br>**2405 York Road Ste 201**<br>**Lutherville Timonium, MD 21093-2264**<br><br>**Defendants.** | **Case No.:**<br>C-08-CV-25-000077 |

**COMPLAINT**

COMES NOW Plaintiff Antonio Gonzalez, by and through his attorneys, Camara L. Mintz, Esquire, and the law firm of Gracia & Mintz, LLC and respectfully states as follows:

**COUNT I**

**(Negligence - Personal Injury)**

1. This Court has jurisdiction over this cause of action in that the incident complained of herein occurred in Charles County, Maryland.
2. On or about July 1, 2023, Plaintiff Antonio Gonzalez was a passenger in a vehicle operated by, Defendant, Seyefe Sine, an actual and/or apparent agent, servant, and/or employee of Defendants Lyft, Inc., (hereinafter "Lyft"), acting within the course and

scope of his employment traveling westbound on McDaniel road in Charles County, Maryland.

3. At said time and place, Defendant, Seyefe Sine, failed to maintain control of his vehicle and drove off the road into the Woodline.

4. At all times mentioned herein, Defendant Seyefe Sine, individually, and Defendant Lyft, acting by and through their actual and/or apparent agent, servant, and/or employee, Defendant Seyefe Sine, owed a continuing duty to operate their vehicle in a reasonable and prudent manner with due regard to other persons then and there lawfully upon said roadway, such as the Plaintiff.

5. Defendant, Seyefe Sine individually, and Defendant Lyft acting by and through their actual and/or apparent agent, servant, and/or employee, Defendant Seyefe Sine, breached the duties owed to the Plaintiff. The incident referred to herein was caused by the negligence of the Defendants, who, inter alia, failed to pay full time and attention; failed to maintain control of their vehicle; and failed to obey the rules and regulations of Charles County, Maryland, then and there in full force and effect. At all times mentioned herein, Plaintiff was free of negligence and/or contributory negligence.

7. As a direct and proximate result of the Defendants' aforesaid negligence, Plaintiff, Antonio Gonzalez suffered great pain and injury, loss of income, mental anguish, and has incurred and in the future will incur medical expenses.

WHEREFORE, Plaintiff Antonio Gonzalez demands judgment of and against Defendants Lyft and Seyefe Sine jointly and severally, in the amount in excess of seventy-five thousand Dollars ($75,000.00), plus prejudgment interest and costs.

**COUNT II**
**(Negligent Hiring/Training/Supervision)**

Plaintiff repleads and incorporates by reference herein each and every allegation set forth above, and further states as follows:

8. At all relevant times herein, Defendant Lyft, owed a continuing duty to reasonably, carefully, and conscientiously secure the service of qualified and well-trained personnel, and/or to reasonably hire, train, and supervise said personnel to reasonably assure, inter alia, that its vehicles were operated in a reasonable and prudent manner, with due care and regard for the health, safety, and well-being of the Plaintiff and those similarly situated.

9. Defendant Lyft, Inc. breached the duties owed to the Plaintiff by, inter alia, failing to responsibly hire, train, and supervise its personnel as set forth above.

10. As a direct and proximate result of the Defendants' aforesaid negligence, Plaintiff Antonio Gonzalez was injured as set forth in this complaint.

WHEREFORE, Plaintiff Antonio Gonzalez demands judgment of and against Defendants Lyft, Inc. and Seyefe Sine, jointly and severally, in the amount in excess of seventy-five thousand Dollars ($75,000.00), plus pre-judgment interest and costs.

**COUNT III**
**(Negligent Entrustment)**

Plaintiff Antonio Gonzalez, realleges the facts and allegations set forth above, and further states as follows:

11. The injuries, harm, and damages were incurred by the Plaintiff as a result of the use of the vehicle by Defendant Sine in a negligent and reckless manner, which Defendant Lyft, Inc. knew, or had reason to know, was likely and involved an unreasonable risk of harm to others while driving.

12. Defendant Lyft, Inc., as the employer of Defendant Sine, had the right to permit and the power to prohibit the use of this service by Defendant Sine.

13. Defendant Lyft, Inc. knew, or had reason to know, that Defendant Sine was likely to drive his vehicle in a negligent and reckless manner.

14. As a direct result of Defendant Lyft, Inc. negligently entrusting Defendant Sine, acting

by and through their actual and/or apparent agent, servant, and/or employee operated his vehicle in a negligent and reckless manner, the Plaintiff, without any contributory negligence, did suffer the injuries, damages, and harm previously enumerated in this Complaint.

WHEREFORE, Plaintiff Antonio Gonzalez demands judgment of and against Defendants Lyft, Inc. and Seyefe Sine, jointly and severally, in the amount in excess of seventy-five thousand Dollars ($75,000.00), plus pre-judgment interest and costs.

**COUNT IV**
**(Agency)**

Plaintiff Antonio Gonzalez, realleges the facts and allegations set forth above, and further states as follows:

15. The above-described acts of Defendant Sine were committed while he was acting as an agent, servant, and or employee of Defendant Lyft, Inc.

16. The above-described acts of Defendant Sine were committed within the scope of his agency and while furthering the business interests of Defendant Lyft, Inc.

17. As the principals for Defendant Sine, Defendants Lyft, Inc. is responsible for all of the acts committed by Defendant Sine within the scope of his agency.

WHEREFORE, Plaintiff Antonio Gonzalez demands judgment of and against Defendants Lyft, Inc. and Seyefe Sine, jointly and severally, in the amount in excess of seventy-five thousand Dollars ($75,000.00), plus pre-judgment interest and costs.

Respectfully submitted,

Camara Mintz
/s/______________________________
Camara L. Mintz, Esq.

Bar Number: 1306190206
Gracia & Mintz, LLC
12805 Old Fort Road, Suite #302
Fort Washington, MD 20744
Tel: (301) 292-7200
Fax: (301) 363-4108
www.graciamintz.com

**DEMAND FOR JURY**

Plaintiff demands a trial by jury on each and every issue herein.

/s/_ Camara Mintz
Camara L. Mintz, Jr., Esq.