IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Antonio Gonzalez, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 8:25-cv-01116-TJS |
| Seyefe Sine, | * | |
| Defendant. | * | |
| | * | |

* * * * * * *

**MEMORANDUM OPINION**

Plaintiff filed this lawsuit to recover for injuries he sustained in a July 1, 2023 motor vehicle accident. ECF No. 3 ¶ 2. Defendant removed the case to this Court based on diversity jurisdiction. ECF No. 1. The case proceeded to a jury trial and the jury found in favor of Plaintiff, awarding him noneconomic damages in the amount of $1,750,000.00 and past medical expenses in the amount of $33,086.26. ECF No. 54.

In G*asperini v. Center for Humanities, Inc.*, 518 U.S. 415, 430 (1996), the Supreme Court held that the doctrine of *Erie R.R. Co. v. Tompkins*, 304 U.S. 64 (1938), "precludes a recovery in federal court significantly larger than the recovery that would have been tolerated in state court." A state-law cap on damages supplies substantive law for *Erie* purposes. *Id.* at 429; *Finch v. Covil Corp.*, 972 F.3d 507, 514 (4th Cir. 2020). Because this Court sits in diversity, it must apply Maryland's cap on noneconomic damages in personal injury actions such as this.

Under Maryland law, "in any action for damages for personal injury or wrongful death in which the cause of action arises on or after October 1, 1994, an award for noneconomic damages may not exceed $500,000." Md. Code Ann., Cts. & Jud. Proc. § 11-108(b)(2)(i). The cap increases by $15,000 on October 1 of each year, beginning in 1995. *Id.* § 11-108(b)(2)(ii). If a jury's award

of noneconomic damages exceeds the cap, a court must "reduce the amount to conform to the limitation." *Id.* § 11-108(d)(2)(i).

Plaintiff's claim for personal injury arose on July 1, 2023, the date when he was injured in the accident. Because Plaintiff's claim arose after 28 annual increases of $15,000, the cap on his noneconomic damages under Maryland law is $920,000. The Court will therefore decrease the jury's award of noneconomic damages to $920,000, the maximum amount available under Maryland law given the date of Plaintiff's injury.

Date: November 5, 2026

/s/
Timothy J. Sullivan
Chief United States Magistrate Judge